No. 25-10385

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

Outsourcing Facilities Association, et al.,

*Plaintiffs-Appellants,*

v.

United States Food and Drug Administration, et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
For the Northern District of Texas, No. 4:24-cv-00953-P
The Honorable Mark T. Pittman

---

**Consent Motion to Withdraw Appellants'
Emergency Motion to Expedite Appeal**

---

TY DOYLE
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

ANDREW M. GROSSMAN
RICHARD B. RAILE
KRISTIN A. SHAPIRO
MARC N. WAGNER
BENJAMIN D. JANACEK
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judge of this court may evaluate possible disqualification or recusal.

Further, pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned counsel of record certifies that there are no corporations that are parents of any Petitioner or that own stock in the Petitioners.

**A.     Plaintiffs-Appellants**

Outsourcing Facilities Association

North American Custom Laboratories LLC Partners d/b/a Farmakeio Custom Compounding

**B.     Attorneys for Plaintiffs-Appellants**

Tyler Geoffrey Doyle
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002

Andrew Michael Grossman
Richard Bryan Raile
Kristin Shapiro
Marc N. Wagner
Benjamin D. Janacek
Baker & Hostetler LLP
1050 Connecticut Avenue N.W., Suite 1100
Washington, D.C. 20036

Jeremy B. Kustoff
Baker & Hostetler LLP
2850 North Harwood, Suite 1100
Dallas, TX 75201

Brian Burgess
Goodwin Procter LLP
1900 N Street N.W.
Washington, D.C. 20036

**C.    Defendants-Appellees**

United States Food and Drug Administration

Sara Brenner

**D.    Attorneys for Defendants-Appellees**

Kimberly Ruthsatz Stephens
DOJ Civil Division
450 5th Street, N.W., Suite 6400
Washington, D.C. 20001

Oliver McDonald
DOJ Civil Division, Consumer Protection Branch
450 Fifth Street, N.W., Room 6400-South
Washington, D.C. 20530

David Hixson
DOJ Civil Division
PO Box 386
Washington, D.C. 20044

**E.    Intervenor-Appellee**

Eli Lilly and Co.

**F.    Attorneys for Intervenor Eli Lilly and Co.**

Dee J. Kelly, Jr.
Kelly Hart & Hallman
201 Main Street, Suite 2500
Fort Worth, TX 76102

Diana M. Watral
James F. Hurst
Ryan J. Moorman

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

James R. P. Hileman
Kirkland & Ellis LLP
300 N LaSalle Street
Chicago, IL 60654

Jay P. Lefkowitz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Erin E. Murphy
Matthew D. Rowen
Paul D. Clement
Clement & Murphy PLLC
706 Duke Street
Alexandria, VA 22314

**G.     Movant Strive Specialties Inc.**

Strive Specialties Inc.

**H.     Attorneys for Strive Specialties Inc.**

Mark Boesen
Boesen and Snow LLC
8501 E. Princess Dr., Suite 220
Scottsdale, AZ 85255

Derek S. Davis
Cooper & Scully PC
900 Jackson, Suite 100
Dallas, TX 75202

**I.     Amicus**

Ivim Health

Novo Nordisk Inc.

**J.  Attorneys for Amicus Ivim Health**

Michael E. Hassett
Harrison Steck, P.C.
515 Houston St., Suite 701
Fort Worth, TX 76102

Brian Burgess
Goodwin Procter LLP
1900 N Street, N.W.
Washington, D.C. 20036

**K.  Attorneys for Amicus Novo Nordisk Inc.**

Benjamin C. Block
Daniel G. Randolph
Thomas Ross Brugato
Covington & Burling LLP
One CityCenter
850 10th St. N.W.
Washington, D.C. 20001

Trevor William Carolan
Bowman and Brooke LLP
5850 Granite Parkway, Suite 900
Plano, TX 75024

**L.  Interested Third Parties**

Southwest Home Solutions LLC

FarmaKeio AR LLC

FarmaKeio Outsourcing LLC

Evexias Holding Co LLC

Sutherland Solutions LLC

JL Graves Holdings LLC

JWRD Holdings LLC

Harris Portal Solutions LLC

Nilus LLC

Daniel DeNeui

Michael Cole

Justin Graves

Cody Boatman

Robert Harris

Paul Jowell

                                        /s/ Andrew M. Grossman
                                        Andrew M. Grossman
                                        *Attorney of record for Plaintiffs-Appellants*

Plaintiffs-Appellants Outsourcing Facilities Association and North American Custom Laboratories LLC Partners (Appellants) respectfully move the Court to withdraw their motion to expedite this appeal. The Appellees (the Food and Drug Administration and Eli Lilly and Company[1]) consent to the relief requested in this motion. The bases of this request are as follows:

1. This appeal is taken from an order denying Appellants' motion for a preliminary injunction. On March 14, 2025 Appellants filed an emergency motion to expedite this appeal in order to promptly obtain the relief requested in the district court. ECF No. 23.

2. Three days later, on March 17, 2025, the district court denied an unopposed motion by the Appellee Food and Drug Administration requesting that the claims in the district court be stayed pending the outcome of this appeal. The district court reiterated a prior order directing expedited briefing on cross-motions for summary judgment and announced that it would issue a final judgment in this case "by the end of April." Dist. Ct. Dkt. 106 at 2.

3. In light of this development, it appears that this present appeal will likely become moot before it is resolved in this Court, even on an expedited basis. In any event, on March 19, 2025, all parties filed a joint motion in the district court requesting that the court convert its order denying Appellants' motion for preliminary injunction into a final judgment. Dist. Ct. Dkt. 108. If granted, this relief will permit Appellants to prosecute a single appeal concerning the claims in this case.

4. Accordingly, there is no longer a need for this appeal to proceed on an expedited basis.

---

[1] As indicated in Appellants' letter of March 18, 2025, Eli Lilly and Company is an Appellee in this appeal and should be designated on the docket accordingly. ECF No. 38.

5. The bases of this motion were initially presented in a notice filed March 18, 2025, attempting to withdraw Appellants' motion to expedite. *See* ECF No. 37. On March 20, a representative of the clerk's office communicated to the undersigned counsel by electronic mail advising that a formal motion is necessary to effectuate a withdrawal of the prior motion to expedite. This motion is meant to fulfill that requirement.

6. Counsel for Appellants conferred with counsel for Appellees—the Food and Drug Administration and Eli Lilly and Company—in advance of presenting this motion and learned that both Appellees consent to the relief requested in this motion.

For these reasons, Appellants respectfully request that the Court grant this motion and treat Appellants' emergency motion to expedite as withdrawn.

Dated: March 20, 2025

Respectfully submitted,

*/s/ Andrew M. Grossman*

| | |
|---|---|
| TY DOYLE<br>BAKER & HOSTETLER LLP<br>811 Main Street, Suite 1100<br>Houston, TX 77002<br>(713) 646-1374<br>tgdoyle@bakerlaw.com | ANDREW M. GROSSMAN<br>RICHARD B. RAILE<br>KRISTIN A. SHAPIRO<br>MARC N. WAGNER<br>BAKER & HOSTETLER LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>(202) 861-1697<br>agrossman@bakerlaw.com |

*Attorneys for Plaintiffs–Appellants*

## CERTIFICATE OF SERVICE

    I certify that on March 20, 2025, I filed the foregoing with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record. I further certify that I have served the foregoing with counsel for Defendants-Appellees and Intervenor-Appellee via electronic mail.

                                                                */s/ Andrew M. Grossman*
                                                                Andrew M. Grossman
                                                                Baker & Hostetler LLP
                                                                1050 Connecticut Ave., N.W., Suite 1100
                                                                Washington, D.C. 20036
                                                               (202) 861-1697
                                                                agrossman@bakerlaw.com

## **CERTIFICATE OF COMPLIANCE**

The foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 431 words according to the count of Microsoft Word. I further certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Calisto MT, a proportionally spaced font.

Dated: March 20, 2025

/s/ *Andrew M. Grossman*
Andrew M. Grossman
Baker & Hostetler LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com