No. 25-10385

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

Outsourcing Facilities Association, et al.,

*Plaintiffs-Appellants*,

v.

United States Food and Drug Administration, et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
For the Northern District of Texas, No. 4:24-cv-00953-P
The Honorable Mark T. Pittman

---

**Unopposed Motion to Voluntarily Dismiss Appeal**

---

TY DOYLE
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

ANDREW M. GROSSMAN
RICHARD B. RAILE
KRISTIN A. SHAPIRO
MARC N. WAGNER
BENJAMIN D. JANACEK
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

*Attorneys for Plaintiffs-Appellants*

# **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judge of this court may evaluate possible disqualification or recusal.

Further, pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned counsel of record certifies that there are no corporations that are parents of any Petitioner or that own stock in the Petitioners.

### A.   Plaintiffs-Appellants

Outsourcing Facilities Association

North American Custom Laboratories LLC Partners d/b/a Farmakeio Custom Compounding

### B.   Attorneys for Plaintiffs-Appellants

Tyler Geoffrey Doyle
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002

Andrew Michael Grossman
Richard Bryan Raile
Kristin Shapiro
Marc N. Wagner
Benjamin D. Janacek
Baker & Hostetler LLP
1050 Connecticut Avenue N.W., Suite 1100
Washington, D.C. 20036

Jeremy B. Kustoff
Baker & Hostetler LLP
2850 North Harwood, Suite 1100
Dallas, TX 75201

Brian Burgess
Goodwin Procter LLP
1900 N Street N.W.
Washington, D.C. 20036

**C.   Defendants-Appellees**

United States Food and Drug Administration

Sara Brenner

**D.   Attorneys for Defendants-Appellees**

Kimberly Ruthsatz Stephens
DOJ Civil Division
450 5th Street, N.W., Suite 6400
Washington, D.C. 20001

Oliver McDonald
DOJ Civil Division, Consumer Protection Branch
450 Fifth Street, N.W., Room 6400-South
Washington, D.C. 20530

David Hixson
DOJ Civil Division
PO Box 386
Washington, D.C. 20044

**E.   Intervenor-Appellee**

Eli Lilly and Co.

**F.   Attorneys for Intervenor Eli Lilly and Co.**

Dee J. Kelly, Jr.
Kelly Hart & Hallman
201 Main Street, Suite 2500
Fort Worth, TX 76102

Diana M. Watral
James F. Hurst
Ryan J. Moorman

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

James R. P. Hileman
Kirkland & Ellis LLP
300 N LaSalle Street
Chicago, IL 60654

Jay P. Lefkowitz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Erin E. Murphy
Matthew D. Rowen
Paul D. Clement
Clement & Murphy PLLC
706 Duke Street
Alexandria, VA 22314

### G.   Movant Strive Specialties Inc.

Strive Specialties Inc.

### H.   Attorneys for Strive Specialties Inc.

Mark Boesen
Boesen and Snow LLC
8501 E. Princess Dr., Suite 220
Scottsdale, AZ 85255

Derek S. Davis
Cooper & Scully PC
900 Jackson, Suite 100
Dallas, TX 75202

### I.   Amicus

Ivim Health

Novo Nordisk Inc.

**J.     Attorneys for Amicus Ivim Health**

Michael E. Hassett
Harrison Steck, P.C.
515 Houston St., Suite 701
Fort Worth, TX 76102

Brian Burgess
Goodwin Procter LLP
1900 N Street, N.W.
Washington, D.C. 20036

**K.     Attorneys for Amicus Novo Nordisk Inc.**

Benjamin C. Block
Daniel G. Randolph
Thomas Ross Brugato
Covington & Burling LLP
One CityCenter
850 10th St. N.W.
Washington, D.C. 20001

Trevor William Carolan
Bowman and Brooke LLP
5850 Granite Parkway, Suite 900
Plano, TX 75024

**L.     Interested Third Parties**

Southwest Home Solutions LLC

FarmaKeio AR LLC

FarmaKeio Outsourcing LLC

Evexias Holding Co LLC

Sutherland Solutions LLC

JL Graves Holdings LLC

JWRD Holdings LLC

Harris Portal Solutions LLC

Nilus LLC

Daniel DeNeui

Michael Cole

Justin Graves

Cody Boatman

Robert Harris

Paul Jowell

/s/ Andrew M. Grossman
Andrew M. Grossman
*Attorney of record for Plaintiffs-Appellants*

Plaintiffs-Appellants Outsourcing Facilities Association and North American Custom Laboratories LLC Partners (Appellants) respectfully move the Court under Federal Rule of Appellate Procedure 42(b)(2) and Fifth Circuit Rule 42.1 to voluntarily dismiss this appeal. This appeal is take from an order denying Appellants' motion for a preliminary injunction. However, the district court has indicated that it will soon issue final judgment in the underlying action, which will moot this appeal before it can be adjudicated. Consequently, Appellants no longer desire to prosecute this appeal.

Circuit Rule 42.1 provides that, "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate." This rule is satisfied here. The Appellees (the Food and Drug Administration and Eli Lilly and Company) do not oppose this motion for voluntary dismissal. Accordingly, Appellants respectfully request that the Court grant the motion and dismiss this appeal as provided in Circuit Rule 42.1.

Dated: April 29, 2025

Ty Doyle
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

Respectfully submitted,

*/s/ Andrew M. Grossman*

Andrew M. Grossman
Richard B. Raile
Kristin A. Shapiro
Marc N. Wagner
Benjamin D. Janacek
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

*Attorneys for Plaintiffs–Appellants*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2025, I filed the foregoing with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

/s/ *Andrew M. Grossman*
Andrew M. Grossman
Baker & Hostetler LLP
1050 Connecticut Ave., N.W.,
Suite 1100
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

## **CERTIFICATE OF COMPLIANCE**

The foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 171 words according to the count of Microsoft Word. I further certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Calisto MT, a proportionally spaced font.

Dated: April 29, 2025

*/s/ Andrew M. Grossman*
Andrew M. Grossman
Baker & Hostetler LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com